OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 20, 2023

Julie R. Domike, Esq.
Babst Calland
505 9th Street, N.W.
Suite 602
Washington, DC 20004

Merrick B. Garland, Esq.
United States Department of Justice
Office of Immigration Litigation
P.O. Box 878
Ben Franklin Station
Washington, DC 20044

Todd S. Kim, Esq.
Reed Smith
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, DC 20005

Matthew W. Morrison, Esq.
Pillsbury Winthrop Shaw & Pittman
1200 17th Street, N.W.
Washington, DC 20036

Michael S. Regan, Esq.
United States Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

Andrew C. Simpson, Esq.
Andrew C. Simpson Law Offices
2191 Church Street, Suite 5

Christiansted, VI 00820

Gary E. Steinbauer, Esq.
Babst Calland
603 Stanwix Street
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222

RE: Port Hamilton Refining and Transportation LLLP v. EPA
Case Number: 23-1094
Agency Case Number:

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at https://www.ca3.uscourts.gov/forms.**

To All Parties:

Enclosed is the case opening information regarding the above-captioned petition for review filed by **Port Hamilton Refining and Transportation LLLP**, docketed at **No. 23-1094**. The petition was received on **January 13, 2023.** All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms and case information are available on our website at http://www.ca3.uscourts.gov.

Pursuant to Fed. R. App. P. 17 (a), the agency must file the record with this Court within forty (40) days after being served with the petition for review, unless the statute authorizing review provides otherwise.

Attached is a copy of the full caption. Please review the caption carefully and promptly

advise this office in writing of any discrepancies.

The docketing fee of $500.00 was received on **January 13, 2023**. Payment made through pay.gov.. A03-63595-65.

For Immigration cases only:

The filing of this petition for review will not automatically stay removal. A separate Motion for Stay of Removal must be filed.
**Counsel for Petitioner(s) must file:**

1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities);
4. Docketing Statement.
These forms must be filed **within 14 days of the date of this letter.**

**Failure of Petitioner(s) to comply with any of these requirements by the deadline will result in the DISMISSAL of the case without further notice. 3rd Cir. LAR Misc. 107.2.**

**Counsel for Respondent(s) must file:**

1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities).
These forms must be filed **within 14 days of the date of this letter**.


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Alicia
Case Manager
267-299-4948