# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

23-1094

Port Hamilton Refining and Transportation LLLP v. EPA

**O R D E R**

On **January 20, 2023,** a petition was filed and served in the above-captioned action. Pursuant to Fed. R. App. P. 17(a), the record or certified list in lieu of the record shall be filed in this office within 40 days from the date of service of the petition. The Agency is directed to file the record or certified list in lieu of the record on or before **February 22, 2023.**

In the event that the Agency has the administrative record available in electronic format sequentially numbered or bates stamped, the Agency may file the record with the Clerk as a PDF file through the Court's ECF system. In order to file the record or the certified list electronically, the Agency is directed to select the Agency Record category and choose the appropriate event. Should the Agency provide an electronic version of the record, the parties will be permitted to file a short appendix. The short appendix shall include the petition for review and the agency decision(s) or order(s) which are the subject of the petition. These documents will be attached to the petitioner's brief as Volume 1 of the Appendix. All other record references shall be to the electronic administrative record.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: January 20, 2023

Amr/cc: Julie R. Domike, Esq.
Merrick B. Garland, Esq.
Todd S. Kim, Esq.
Matthew W. Morrison, Esq.
Michael S. Regan, Esq.
Andrew C. Simpson, Esq.
Gary E. Steinbauer, Esq.