UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **23-1094**

Port Hamilton Refining and Transportation, LLLP v. U.S. Environmental Protection Agency

**ORDER**

The petitioner seeks review of action taken by the United States Environmental Protection Agency on November 16, 2022. The action may not be a final action within the meaning of 42 U.S.C. § 7607(b)(1) or otherwise reviewable at this time. All parties must file written responses addressing this Court's jurisdiction over this action within fourteen (14) days from the date of this order.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: January 20, 2023
Amr/cc: All counsel of record