# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## DOCKETING STATEMENT

### Administrative Agency Review/Enforcement Proceedings

1. DOCKET NO.: _____

2. DATE DOCKETED: _____

3. CASE NAME (Lead Parties Only)
Port Hamilton Refining and Transporation LLLP

Petitioner

v.

United States Environmental Protection Agency

Respondent

4. TYPE OF CASE:    Review ✔    Enforcement ☐

5. CASE INFORMATION:

   a. Identify agency whose order is to be reviewed: United States Environmental Protection Agency

   b. Give agency docket or docket number(s): N/A

   c. Give date(s) of order(s): November 16, 2022

   d. Is a request for rehearing or reconsideration pending at the agency?  ☐ Yes   ✔ No

   e. Are any other cases involving the same underlying agency order pending in this Court or in any other court?
      ☐ Yes   ✔ No

      If Yes, identify name(s), docket number(s), and court(s):

   f. Are any other cases, to counsel's knowledge, pending before the agency, this Court or the Supreme Court which involve substantially the same issues as the instant case presents?    ☐ Yes   ✔ No

      If Yes, give name(s) of these cases and identify court/agency:

Signature: /s/ Andrew C. Simpson    Date: January 13, 2023

Name of Counsel or Pro Se Litigant (Print): Andrew C. Simpson

Firm: Andrew C. Simpson, PC    Phone: 340.719.3900 x1 (cell: 340.514.6073)

Address: 2191 Church St., Ste. 5, Christiansted, VI 00820

Name of Party Represented: Port Hamilton Refining and Transportation LLLP

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 10 days by letter specifically referring to the challenged statement.

Rev. 10/1/2013

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 15(c) and 25, I certify that on January 13, 2023, I served copies of the foregoing petition for review, with exhibits, the docketing statement, and the corporate disclosure statement upon the following via U.S. Priority Mail:

Michael S. Regan
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Correspondence Control Unit
Office of General Counsel (2311)
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Todd S. Kim
Assistant Attorney General
U.S. Department of Justice
Environmental and Natural Resources Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(also served via email: todd.kim@usdoj.gov)

Respectfully submitted,

/s/ Andrew C. Simpson
Andrew C. Simpson