IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| PORT HAMILTON REFINING AND TRANSPORTATION LLLP,<br><br>   Petitioner,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>   Respondent. | Case No. 23-1094 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice of the following substitution of counsel for Respondent the United States Environmental Protection Agency ("EPA"). Todd S. Kim, Merrick B. Garland, and Michael S. Regan hereby withdraw as counsel of record for EPA, to be substituted by the following counsel:

    Heather E. Gange
    U.S. Department of Justice
    Environment & Natural Resources Division
    Environmental Defense Section
    P.O. Box 7611
    Washington, DC  20044-7611
    (202) 514-4206 telephone
    (202) 514-8865 facsimile
    Heather.Gange@usdoj.gov

Dated: January 20, 2023　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　／s/ Heather E. Gange
　　　　　　　　　　　　　　　　　HEATHER E. GANGE
　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　Environment & Natural Resources Division
　　　　　　　　　　　　　　　　　Environmental Defense Section
　　　　　　　　　　　　　　　　　P.O. Box 7611
　　　　　　　　　　　　　　　　　Washington, DC 20044
　　　　　　　　　　　　　　　　　Tel: (202) 514-4206
　　　　　　　　　　　　　　　　　Fax: (202) 514-8865

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of January 20, 2023, I caused a copy of the foregoing document to be served by the Court's CM/ECF system on counsel for all parties in this matter.

      /s/ Heather E. Gange
      Heather E. Gange