Case No. 23-1094

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

NOTICE OF SUBSTITUTION OF COUNSEL FOR RESPONDENT

Please take notice of the following substitution of counsel for Respondent the U.S. Environmental Protection Agency ("EPA"). Ms. Heather E. Gange, who appeared in the above-captioned case on January 20, 2023, is substituted for Mr. Michael S. Regan as counsel for Respondent EPA. Mr. Regan, the Administrator of the EPA, is not an attorney and is not authorized to represent the Agency in this matter. *See* 28 U.S.C. § 516. Mr. Regan therefore should be removed as counsel of record for EPA, and should no longer be included in communications related to this case.

          Respectfully submitted,

Dated: January 27, 2023           */s/ Heather E. Gange*
          HEATHER E. GANGE, D.C. Bar No. 452615
          U.S. Department of Justice
          Environment and Natural Resources Division
          Environmental Defense Section
          P.O. Box 7611
          Washington, D.C. 20044
          Telephone No: (202) 514-4206
          Heather.Gange@usdoj.gov

          *Counsel for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, I served the foregoing with the corresponding Notice of Electronic Filing via CM/ECF system, which sent notification of such filing to counsel for all parties of record.

*/s/ Heather E. Gange*
HEATHER E. GANGE
