UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **23-1094**

Port Hamilton Refining and Transportation, LLLP v. U.S. Environmental Protection Agency

TO: Clerk

   Motion by Petitioner to Expedite Appeal

_____

Petitioner's motion to expedite the appeal is granted at the direction of the Court. Briefing shall proceed as follows:

- The EPA must file and serve the administrative record on or before February 22, 2023;
- Petitioner must file its brief and the appendix on or before February 24, 2023;
- Respondent must file its brief on or before April 12, 2023;
- Petitioner must file its reply brief, if any, on or before April 19, 2023

No extensions of time will be granted absent extraordinary circumstances. The case will be scheduled for disposition before the panel that is sitting in St. Croix during the week of May 22, 2023.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated: January 31, 2023
Amr/cc: All counsel of record