UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

Port Hamilton Refining and Transportation, LLLP v. U.S. Environmental Protection Agency

**ORDER**

The Clerk will not submit the above-captioned petition for review for dismissal at this time. All responses filed by the parties regarding the jurisdictional issue are referred to the merits panel. This does not in any way signify that a determination of jurisdiction has been made. Only the Court can make such a decision. The parties are directed to address this Court's jurisdiction in their briefs.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: February 6, 2023
Amr/cc: All counsel of record