**PATRICIA S. DODSZUWEIT**

**CLERK**



OFFICE OF THE CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 31, 2023

Julie R. Domike, Esq.
Babst Calland
505 9th Street, N.W.
Suite 602
Washington, DC 20004

Matthew W. Morrison, Esq.
Pillsbury Winthrop Shaw & Pittman
1200 17th Street, N.W.
Washington, DC 20036

Andrew C. Simpson, Esq.
Andrew C. Simpson Law Offices
2191 Church Street, Suite 5
Christiansted, VI 00820

Gary E. Steinbauer, Esq.
Babst Calland
603 Stanwix Street
Two Gateway Center, 6th Floor
Pittsburgh, PA 15222

RE: Port Hamilton Refining and Transportation LLLP v. EPA
Case Number: 23-1094
Agency Case Number:

Dear Counsel:

Pursuant to our docketing letter dated **January 13, 2023**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form; Concise Summary of the Case**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Alicia
Case Manager
267-299-4948

cc: Heather E. Gange, Esq.