IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| PORT HAMILTON REFINING AND TRANSPORTATION, LLLP ) ) ) | |
| Petitioner, ) ) | Case No. 23-1094 |
| v. ) ) | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, ) ) ) ) | |
| Respondent. ) | |

-------------------------------------------------------------------------------------------------

## CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

I, Scott Mathias, am Director of the Air Quality Policy Division of the Office of Air Quality Planning and Standards within the Office of Air and Radiation for the United States Environmental Protection Agency (EPA).

I certify that the attached index lists the documents constituting the administrative record for EPA's letter determination, dated November 16, 2022, that Port Hamilton Refining and Transportation, LLLP, together with West Indies Petroleum Limited, was required to apply for and receive a final and effective Prevention of Significant Deterioration permit prior to restarting, or beginning actual construction as defined in 40 CFR 52.21(b)(11), at the refinery located at 1 Estate Hope, Christiansted, St. Croix, U.S. Virgin Islands.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of February 2023 at Research Triangle Park, North Carolina.

Scott Mathias
Office of Air Quality Planning and Standards
U.S. Environmental Protection Agency

# LIST OF DOCUMENTS IN THE ADMINISTRATIVE RECORD FOR PHRT's ACTION

### A.    Decision Document

A-01 Letter from Joseph Goffman to Julie R. Domike and Thomas V. Eagan concluding that West Indies Petroleum Limited (WIPL) and Port Hamilton Refining and Transportation, LLLP (PHRT) are required to apply for and receive a final and effective PSD permit prior to restarting the Refinery or beginning actual construction as defined in 40 CFR 52.21(b)(11) (Nov. 16, 2022).

A-02 Attachment 1 to the November 16, 2022 Letter, "Application of EPA's Reactivation Policy Permanent Shutdown Factors to the Port Hamilton Refining and Transportation LLLP Refinery".

A-03 Attachment 2 to the November 16, 2022 Letter, "Affirmation of EPA's Long-Standing Reactivation Policy".

NOTE: See also Section J, Document J-01, below, for Attachment 3 to the November 16, 2022 Letter.

### B.    EPA communications Re: reactivation policy

B-01 EPA Memorandum, Guidance for Ozone and Fine Particulate Matter Permit Modeling (Jul. 29, 2022).

B-02 EPA letter from William Wehrum to LeAnn Johnson Koch "Re: Limetree Bay Terminals, St. Croix, U.S. Virgin Islands - Permitting Questions" (Apr. 5, 2018).

B-03 Letter from Judith A. Enck, EPA Region 2, to Basil Seggos, New York Department of Environmental Conservation, Re: EPA Review of Proposed Title V Operating Permit for Greenidge Station Permit ID: 8-5736-00004/00017 (Dec. 7, 2015).

B-04 EPA letter from R. Douglas Neeley to Ronald Methier "Re: Southern LNG, Inc., Elba Island Terminal, Savannah Georgia Draft Air Quality Permit and PSD Preliminary Determination" (Dec. 13, 2000).

B-05 In the Matter of Monroe Electric Generating Plant Entergy Louisiana, Inc., Proposed Operating Permit, Petition No. 6-99-2 (Jun. 11, 1999).

B-06 Memorandum from John B. Rasnic to Douglas M. Skie, Applicability of PSD to Watertown Power Plant, South Dakota (Nov. 19, 1991).

B-07 EPA Draft New Source Review Workshop Manual (Oct. 1990).

B-08 Letter from David P. Howekamp, Director, Air Mgt. Div., Region IX, to Robert T. Connery, Holland & Hart (Nov. 6, 1987).

B-09 Memo from John S. Seitz, Director, Stationary Source Compliance Div., OAQPS, to David P. Howekamp, Director, Air Mgt. Div., Region IX (May 27, 1987).

B-10 Memo from Edward E. Reich, Director, Stationary Source Enforcement Div., to William

B-11 K. Sawyer, General Enforcement Branch, Region II (Aug. 8, 1980).

B-12 Record of Phone Call, Roger Pfaff to Rich Biondi (Jun. 18, 1980).

B-13 Letter from William A. Spratlin, Jr., P.E., Chief, Air Support Branch, Air and Hazardous Materials Division, EPA, to Harvey D. Shell, Shell Engineering and Associates (Oct. 9, 1979).

B-14 Memo from Edward E. Reich, Director, Div. of Stationary Source Enforcement, to Stephen A. Dvorkin, Chief, General Enforcement Branch, Region II (Sept. 6, 1978).

B-15 Memo from Edward Reich to James McDonald (Nov. 2, 1977).

### C.    Federal Register Notices/Congressional Records

C-01 82 Fed. Reg. 5182 (Jan. 17, 2017).

C-02 67 Fed. Reg. 80186 (Dec. 31, 2002).

C-03 45 Fed. Reg. 52676 (Aug. 7, 1980).

C-04 43 Fed. Reg. 26388 (June 19, 1978).

C-05 H.R. Rep. No. 294, 95th Cong., 1st Sess. 185, reprinted in 1977 U.S. Code Cong. & Admin. News.

### D.    Bankruptcy-related documents

D-01 In re: Limetree bay Services, LLC, et al., No 21-32351, EFC No. 977, Order (I) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of Liens, Claims, Encumbrances, and Interests, (II) Authorizing the Debtors to Perform Under the Asset Purchase Agreement, (III) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief (Bankr. S.D. Tex. Dec. 21, 2021).

D-02 In re: Limetree Bay Services, LLC, et al., Case No. 21-32351, Joint Stipulation between the United States and Limetree Allowing Occupational Health and Safety Administration to issue a Citation and Notification of Penalty pursuant to Inspection 1521774 (Bankr. S.D. Tex. Nov. 8, 2021).

D-03 Letter from Dore La Posta, EPA Region 2, to All Potential Buyers of Limetree Bay Refinery (Sept. 24, 2021).

D-04 In re: Limetree Services, LLC, et al., Case No. 21-32351, U.S. Bankruptcy Court, Southern District of Texas, Declaration of Mark Shapiro, Senior Managing Director for GlassRatner Advisory & Capital Group LLC, Chief Restructuring Officer for Limetree (Bankr. S.D. Tex. Jul. 12, 2021).

D-05 In re: Limetree Services, LLC, et al. Case No. 21-32351, Notice of Designation of Winning Bid and Back-Up Bid, Elizabeth A. Green, Baker & Hostetler LLP (Bank. S.D. Tex Dec. 18, 2018).

D-06 In re: HOVENSA, LLC, Debtor, Declaration of Joel H. Holt, Case No. 15-100003 (Bankr. Dist. U.S.V.I. Nov. 29, 2015).

D-07 In re: HOVENSA LLC, Debtor, Certification of Thomas E. Hill In Support of Chapter 11 Petition and First Day Motions, Case No. 1:15-bk-10003 (Bankr. Dist. U.S.V.I. Sept. 15, 2015).

## E.    EPA PSD Permits and Plantwide Applicability Limit Permitting Documents

E-01 Administrator Michael S. Regan, Withdrawal of Plantwide Applicability Limit, Permit No. EPA-PAL-VI001/2019 (Mar. 25, 2021).

E-02 Final EPA Plantwide Applicability Limit Permit for Limetree Bay Terminals, LLC and Limetree Bay Refining, LLC, PAL permit No. EPA-PAL-VI001/2019 (Dec. 2, 2020).

E-03 Response to Comments on the Draft PAL Permit issued by EPA on September 30, 2019 to Limetree Bay Terminal and Limetree Bay Refining, EPA-PAL-VI001/2019 (Dec. 2, 2020).

E-04 Transcript of November 8, 2019 Public Hearing on the Draft Plantwide Applicability Limit.

E-05 Draft Plantwide Applicability Limit Permit, to Limetree Bay Terminal and Limetree Bay Refining (Sept. 20, 2019).

E-06 Final EPA Environmental Justice Analysis Re: Draft Plantwide Applicability Limit Permit, EPA-PAL-VI001/2019 (Sept. 19, 2019).

E-07 Letter from John Filippelli, EPA, to Darius Sweet, CEO, Limetree Bay Terminals, LLC, "Re: Transfer of PSD Permits from HOVENSA, LLC to Limetree Bay Terminals, LLC" (Nov. 5, 2018).

E-08 Letter from Darius Sweet, CEO, Limetree Bay Terminals, LLC, to John Filippelli, EPA, "Re: Request to Transfer HOVENSA PSD Permits," (Oct. 3, 2018).

E-09 Final Revised PSD Permit and attachments issued by EPA to HOVENSA for its Gas Turbine 13, located in St. Croix, United States Virgin Islands (USVI) (last revised on August 17, 2011).

E-10 Final Revised PSD and attachments issued by EPA to HOVENSA for its FCCU, Sulfuric Acid Plant, Process Heaters, Tail Gas Treatment Systems and VOC Fugitive Emissions Sources (NOx Converter Heater replacement at refinery's sulfuric acid plant), located in St. Croix, USVI (last revised May 9, 2011).

E-11 Final Revised PSD Permit and attachments issued by EPA to HOVENSA for its Gas Turbine 10, located in St. Croix, USVI (last revised on August 15, 2007).

**F.      USVI Department of Planning and Natural Resources Permit Documents**

F-01 U.S. Virgin Islands Department of Planning and Natural Resources (DPNR), Revised Authority to Construct and Permit to Operate for Limetree Bay Terminals, LLC/Limetree Bay Refining, LLC, Permit (MARPOL Project, Revised) STX-924-AC-PO-20 (May 8, 2020) (received by EPA on June 30, 2020).

F-02 Letter from Brian K. Lever and Darius Sweet, Limetree Bay Refining, LLC, to Kathlyn Worrell-George, Director, DPNR, "Updated Title V Permit Renewal Application" (Jul. 17, 2019).

F-03 Limetree Bay Terminals, LLC and Limetree Bay Refining, LLC, Title V Minor Modification Update/Renewal Application (partially redacted due to confidential business information claims) (July 2019).

F-04 DPNR, Authority to Construct for Limetree Bay Terminals, LLC/Limetree Bay Refining Operating, LLC, Permit (MARPOL Project) STX-924-AC-18 (Jun. 18, 2018).

F-05 Application for Authority to Construct permit for the MARPOL Project, Limetree Bay Terminals, to the U.S. Virgin Islands Department of Planning and Natural Resources (DPNR) (Apr. 13, 2018).

F-06 DPNR, Administrative Permit Amendment: Change of Title V Permittee Name from HOVENSA to Limetree Bay Terminals, LLC, Part 70 Operating Permit issued to HOVENSA, LLC, STX-TV-003-10 (effective July 1, 2010) (Mar. 15, 2016).

F-07 DPNR, Part 70 Operating Permit issued to HOVENSA, LLC, STX-TV-003-10 (effective July 1, 2010).

F-08 DPNR, Territorial Pollution Discharge Elimination System (TPDES), Cover Page, Permit No. VI0000019 Final, Issued to HOVENSA, LLC (Feb. 22, 2008).

F-09 DPNR, Authorization to Discharge Under the USVI Territorial TPDES, Permit No. VI0000019, Issued to HOVENSA, LLC (Feb. 22, 2008).

**G.    Emails from LeAnn Johnson Koch, Counsel to Limetree Bay Terminals, LLC, to Umesh Dholakia, EPA Region 2, Re: Maintenance Records Files (Jan. 26 and 30, 2018) (attachment of zip folder)**

G-01 Index of Maintenance Records – January 26, 2018.

G-02 Tab 1 – List of Critical Equipment Maintained – January 26, 2018.

G-03 Tab 2 – 07-26-11 Anti-Cannibalization Procedure for Equipment 34A-0205.

G-04 Tab 3 – 02-22-12 Chemical Cleaning Schedule.

G-05 Tab 4 – 2013 YTD Safety Walkthrough List.

G-06 Tab 5 – 01-16-13 Refinery Rounds #1 Powerhouse – Report.

G-07 Tab 6 – 01-13-16 Refinery Rounds #4 Platformer – Report.

G-08 Tab 7 – 01-16-13 Equipment Preservation Checklist.

G-09 Tab 8 – 01-24-13 Refinery Rounds East SRU Complex – Report.

G-10 Tab 9 – 01-24-13 Refinery Rounds West SRU Complex – Report.

G-11 Tab 10 – 01-28-13 Refinery Rounds Area 2 – Report.

G-12 Tab 11 – 01-11-13 Equipment Preservation Checklist.

G-13 Tab 12 – 02-07-13 Refinery Rounds Area 1 – Report.

G-14 Tab 13 – 02-28-13 Terminal Action Log – Coker Dome.

G-15 Tab 14 – 07-15-13 7000 FCC Pressure Vessel Piping Inspection Checklist.

G-16 Tab 15 – 06-26-13 Anti Cannibalization Exception for GT 4 and GT 5.

G-17 Tab 16 – 07-29-13 C7101 Centrifugal Compressor Inspection Checklist.

G-18 Tab 17 – 08-16-13 C4451A Centrifugal Compressor Inspection Checklist.

G-19 Tab 18 – 10-01-13 C8501 Centrifugal Compressor Inspection Checklist.

G-20 Tab 19 – 12-06-13 Marine Terminal Safety Walkthrough Dock #7 – Report.

G-21 Tab 20 – 2013 Maintenance Activity Progress Report.

G-22 Tab 21 – 12-13-13 Centrifugal Compressor Inspection Checklist.

G-23 Tab 22 – 01-09-14 Centrifugal Compressor Inspection Checklist.

G-24 Tab 23 – 2014 HSSE Walkthrough Event List.

G-25 Tab 24 – 03-06-14 Terminal Action Log P & U.

G-26 Tab 25 – 03-20-14 Terminal Action Log 1 & 2 SRU.

G-27 Tab 26 – 05-01-14 Equipment Preservation Checklist.

G-28 Tab 27 – 05-06-14 Critical Compressor Preservation Log (Reciprocating).

G-29 Tab 28 – 05-06-14 Critical Compressor Preservation Log (Centrifugal).

G-30 Tab 29 – 05-19-14 Anti Cannibalization Exception for GT 4 and GT 5.

G-31 Tab 30 – 05-22-14 Terminal Action Log SRU 3 & 4.

G-32 Tab 31 – 06-12-14 Centrifugal Compressor Inspection Checklist.

G-33 Tab 32 – 07-11-14 Terminal Action Log 3 CDU.

G-34 Tab 33 – 07-25-14 OSBL Control Room Inspection Report.

G-35 Tab 34 – 07-28-14 OSBL Control Room Inspection Report.

G-36 Tab 35 – 08-04-14 OSBL Control Room Inspection Report.

G-37 Tab 36 – 10-13-14 Centrifugal Compressor Inspection Checklist.

G-38 Tab 37 – 12-05-14 Critical Compressor Preservation Log (Reciprocating).

G-39 Tab 38 – 12-11-14 Critical Compressor Preservation Log (Centrifugal).

G-40 Tab 39 – 08-01-15 Centrifugal Compressor Inspection Checklist.

G-41 Tab 40 – 2015 HSSE Walkthrough Event List.

G-42 Tab 41 – 01-22-15 Terminal Action Log Tank 6851, Penex Unit and Powerhouse.

G-43 Tab 42 – 02-12-15 Terminal Action Log Area 3 & 4.

G-44 Tab 43 – 03-05-15 Equipment Preservation Checklist.

G-45 Tab 44 – 2016 HSSE Walkthrough Event List.

G-46 Tab 45 - 1-28-16 Terminal Action Log Area 5 FCC.

G-47 Tab 46 – 03-16-17 Leadership Walkthrough Area 9 Report.

G-48 Tab 47 – 10-18-17 Hot Work Permit and Related Documents (LBT Internal).

G-49 Tab 48 – 10-19-17 Hot Work Permit and Related Documents (LBT Internal).

G-50 Tab 49 – 10-20-17 Hot Work Permit and Related Documents (LBT Internal).

G-51 Tab 50 – 11-03-17 Hot Work Permit and Related Documents (LBT Internal).

G-52 Tab 51 – 11-04-17 Hot Work Permit and Related Documents (LBT Internal).

G-53 Tab 52 – 11-12-17 Hot Work Permit and Related Documents (LBT Internal).

G-54 Tab 53 – 12-05-17 Hot Work Permit and Related Documents (LBT Internal).

G-55 Tab 54 – 12-15-17 Hot Work Permit and Related Documents (LBT Internal).

G-56 Tab 55 – 01-17-18 LBT Inter Office Correspondence Re: #5 crude unit.

**H.**     **Email from LeAnn Johnson Koch, Counsel to Limetree Bay Terminals, LLC, to Umesh Dholakia, EPA Region 2, Re: LBT Restart/reactivation related zip file (Jan. 5, 2018) containing list of unzipped documents with attachments**

H-01 Letter from LeAnn Johnson Koch, Counsel to Limetree Bay Terminals, LLC, to Umesh Dholakia, EPA Region II, Limetree Bay Terminal (LBT) Follow Up Information Letter explaining the Zip file to EPA (Jan. 3, 2018).

H-02 Tab A – Press Release, HOVENSA to Close Some Units and Reduce Capacity (Jan. 26, 2011).

H-03 Tab B – Press Release, HOVENSA Announces Closure of St. Croix Refinery (Jan. 18, 2012).

H-04 Tab C – Letter from VIDPNR Commissioner, Alicia Barnes, to HOVENSA CEO, Brian K. Lever, requesting information related to closure (Jan. 20, 2012).

H-05 Tab D - (See Section E-06)

H-06 Tab E – Letter from Brian K. Lever, HOVENSA, to Alicia K. Barnes, Commissioner, U.S. Virgin Islands Department of Planning and Natural Resources, Re: the shutdown of refining operations (Feb. 7, 2012).

H-07 Tab F – Press Release, HOVENSA Completes Refinery Closure – Reuters News (Feb. 21, 2012).

H-08 Tab G – Letter from Myles Flint, II, US Department of Justice, to Julie Domike, Kilpatrick Townsend & Stockton, LLP, and Daniel Joseph, Counsel for HOVENSA, LLC (Mar. 23, 2012).

H-09 Tab H – Letter from Julie R. Domike, Counsel for HOVENSA, LLC, to Myles E. Flint, II, U.S. Department of Justice (Apr. 19, 2012).

H-10 Tab I – Letter from William L. Wehrum, Counsel for HOVENSA, LLC, to Raymond Werner, EPA Region 2 (Aug. 24, 2012).

H-11 Tab J – Letter from John Fogarty, EPA Office of Civil Enforcement, to Brian Lever, HOVENSA CEO (Oct. 5, 2012).

H-12 Tab K – Letter from Brian Lever, HOVENSA CEO, to John Fogarty, EPA Office of Civil Enforcement (Dec. 3, 2012).

H-13 Tab L – Kilpatrick Townsend, counsel to HOVENSA, letter to Myles E. Flint, II, USDOJ (Mar. 15, 2013).

H-14 Tab M – HOVENSA's CD-Related Semi-Annual Report to DOJ/EPA (Jul. 31, 2013).

H-15 Tab N – Transmittal of Legislation Ratifying Fourth Amendment to Concession Agreement between USVI Governor and HOVENSA (Jul. 12, 2013).

H-16 Tab O – HOVENSA's Summary of Comments to VIDPNR's Revisions to Water Quality Standards (Jul. 22, 2014).

H-17 Tab P – HOVENSA's CD Related Semi-Annual Report to DOJ/EPA (Jul. 29, 2014).

H-18 Tab Q – Franklin Quow, HOVENSA Counsel, Response to EPA's December 24, 2014 Administrative Complaint (Jan. 22, 2015).

H-19 Tab R – HOVENSA's CD-Related Semi-Annual Report to DOJ/EPA (Jul. 21, 2015).

H-20 Tab S – Operating Agreement between USVI Government and Limetree Bay Terminals (Dec. 1, 2015).

H-21 Tab T – Letter from Latham and Watkins, counsel to HOVENSA/Limetree, to USDOJ and EPA (Mar. 22, 2016).

H-22 Tab U – HOVENSA's CD Related Semi-Annual Report to DOJ/EPA (Jul. 22, 2016).

H-23 Tab V – HOVENSA's CD Related Semi-Annual Report to DOJ/EPA (Jul. 25, 2017).

H-24 Tab W – HOVENSA's TPDES Permit Renewal Application to VIDPNR (Aug. 31, 2012).

H-25 Tab X – Cover Letter, HOVENSA's CAA title V Permit Renewal Application to VIDPNR (Dec. 19, 2014).

I.    **Other Documents**

I-01 Letter from Jean Regna, EPA Region 2, to Thomas V. Eagan and Julie R. Domike, Counsel to PHRT (Oct. 21, 2022).

I-02 Inspection Report Re: PHRT, EPA Region 2, Clean Air Act Section 112(r) General Duty Clause Inspection (Sept. 20-26, 2022) (note: photographs claimed as CBI are redacted).

I-03 Response Letter from Thomas V. Eagan, Counsel to PHRT, to Dwayne Harrington, US EPA, "Re: Request for Information Pursuant to Section 104(e) of the Comprehensive Environmental Response, Compensation and Liability Act received on August 18, 2022" (Sept. 1, 2022).

I-04 Status Report from Fermin Rodriguez, VP & Refinery Manager, PHRT, Coke Dome Smoldering Event (Aug. 27, 2022).

I-05 Letter from Joseph Siegel, Attorney, EPA Region 2, to Julie R. Domike and Thomas V. Eagan, Counsel to PHRT (Aug. 23, 2022).

I-06 Letter from Virginia Wong, EPA Region 2, to Thomas V. Eagan, Counsel to PHRT (Aug. 22, 2022).

I-07 Letter from Julie R. Domike and Thomas Eagan, Counsel to PHRT, to Suilin Chan and Joseph Siegel, EPA Region 2 (Jul. 27, 2022).

I-08 Statement from Charles Chambers, Representative of Port Hamilton Refining and Transportation, Before the 34th Legislature of the U.S. Virgin Islands, Committee on Economic Development and Agriculture (Jul. 14, 2022).

I-10 Letter from Virginia Wong, EPA Region 2, to Mark Chavez, Limetree Bay Terminals, LLC, and Julie R. Domike and Tom V. Eagan, Counsel to PHRT, "Re: Territorial Pollutant Discharge Elimination System (TPDES) permits" (May 25, 2022).

I-11 Letter from Liliana Villatora, EPA Region 2, to Julie R. Domike and Thomas Eagan, Counsel to PHRT, "Re: the refinery's air permitting requirements" (Mar. 22, 2022).

I-12 Letter from Myles E. Flint, II, U.S. Department of Justice, to Julie R. Domike and Thomas Eagan, Counsel to PHRT, "Re: Questions Regarding Refinery Restart" (Mar. 2, 2022).

I-13 Letter from Paul Simon, EPA Region 2, to Julie R. Domike and Tom V. Eagan, Counsel to PHRT, "Re: Questions Regarding Refinery Restart" (Mar. 2, 2022).

I-14 First Modification to the Consent Decree, *United States & U.S. Virgin Islands v. HOVENSA L.L.C.*, No 1:11-cv-00006, ECF No. 42 (Entered, D.V.I. Dec. 30, 2021).

I-15 Complaint, U.S. v. Limetree Bay Refining, LLC and Limetree Bay Terminals, LLC, Civ. A. No. 1:21-cv-264 (D.Ct. USVI Jul. 12, 2021).

I-16 Join Stipulation, U.S. v. Limetree Bay Refining, LLC and Limetree Bay Terminals, LLC, Civ. A. No. 1:21-cv-264 (D.Ct., USVI Jul. 12, 2021)

I-17 In the Matter of Limetree Bay Terminals, LLC and Limetree Bay Refining, LLC, Clean Air Act Emergency Order, CAA-02-2021-1003, issued by EPA Region 2 (May 14, 2021).

I-18 Second Modification to the Consent Decree, *United States & U.S. Virgin Islands v. HOVENSA L.L.C.*, No 1:11-cv-00006, ECF No. 22-3 (Filed, D.V.I. Apr. 26, 2021).

I-19 Fact Sheet, Statement of Basis, Draft Outer Continental Shelf Preconstruction and Operating Air Permit, issued by EPA to Vineyard Wind, LLC (2021).

I-20 Draft Permit Fact Sheet, Outer Continental Shelf Preconstruction Air Permit, issued by EPA to South Fork Wind, LLC (2021).

I-21 Statement of Bob Weldzius, Senior Vice President of Refining at Limetree Refinery, EPA Public Hearing Transcript, Plantwide Applicability Limit Public Hearing (Nov. 8, 2019).

I-22 Letter from LeAnn Johnson Koch, counsel to Limetree Bay Terminals, LLC, to John Filippelli, EPA Region 2, "Re: Limetree Bay Terminals, LLC – Permitting Questions," with redacted Tab A claimed as Confidential Business Information (Feb. 1, 2018).

I-23 Email from LeAnn Johnson Koch, Limetree Bay Terminals, LLC, to John Filippelli, EPA Region 2, transmitting the Feb. 1, 2018 letter and the confidentiality waiver (Feb. 1, 2018).

I-24 Email from LeAnn Johnson Koch to Umesh Dholakia, EPA Region 2, confirming that an email was sent on Jan 26, 2018 containing the link for the Leapfile (Jan. 27, 2018).

I-23 Index to Maintenance Records Submitted to EPA (Jan. 26, 2018).

I-24 Email from LeAnn Johnson Koch to Umesh Dholakia, EPA Region 2, providing a status update on the items identified by Mr. Dholakia on a January 25, 2018 email (Jan. 25, 2018).

I-26 Letter from Suilin Chan, EPA Region 2, to Alfred Carlacci, Air Pollution Control Engineer (Sept. 19, 2017).

I-27 Preliminary Determination and Statement of Basis, Outer Continental Shelf Air Permit, issued by EPA to Anadarko Petroleum Inc., Noble Bob Douglas Drilling Project (Nov. 2016).

I-28 Operating Agreement By and Among The Government of the U.S. Virgin Islands and Limetree Bay Terminals, LLC (Dec. 1, 2015).

I-29 Letter from Kenneth E. Mapp, Governor, U.S. Virgin Islands, to Neville James, President, Thirty-First Legislature of the Virgin Islands (Dec. 1, 2015), transmitting, Operating Agreement By and Among The Government of the U.S. Virgin Islands and Limetree Bay Terminals, LLC (Dec. 1, 2015)

I-30 Complaint, Government of the United States Virgin Islands v. Hess Corporation, Superior Court of the U.S. Virgin Islands, Division of St. Croix (Sept. 14, 2015).

I-31 Bill No. 30-0186, A Resolution to Encourage HOVENSA to Find a New Owner for its Refinery Property on St. Croix, Thirtieth Legislature of the U.S. Virgin Islands (Aug. 7, 2013).

I-32 Fourth Amended Agreement Between the USVI, HOVENSA, Hess Oil VI Corp, and PDVSA (April 3, 2013), transmitted as enclosure to Letter from Governor John P. de Jongh, U.S. Virgin Islands, to Honorable Shawn-Michael Malone, President, U.S. Virgin Islands Legislature (Jul. 12, 2013).

I-33 Letter from John P. de Jongh, Jr., Governor, USVI, to Shawn-Michael Malone, President, 30th Legislature, USVI, Transmittal of Legislation Ratifying the Fourth Amendment to the HOVENSA Concession Agreement (Jul. 12, 2013).

I-34 Report by Duff & Phelps, LLC, Highest and Best Use of the HOVENSA Refinery (Aug. 3, 2012).

I-35 Letter from Kathleen C. Antoine, Environmental Director, HOVENSA LLC, to Steve Riva, EPA Region 2, Cessation of Operation of SO2 Monitoring Stations (Apr. 26, 2012).

I-3 Press Release, HOVENSA Announces Closure of St. Croix Refinery (Jan. 18, 2012).

I-37 Press Release, Hess Announces Charge Related to Closure of HOVENSA LLC Joint Venture Refinery (Jan. 18, 2012).

I-38 Letter from Kevin Bricke, EPA Region 2, to Kathleen C. Antoine, HOVENSA LLC Environmental Director (Aug. 17, 2011).

I-39 Consent Decree, *United States & U.S. Virgin Islands v. HOVENSA L.L.C.*, No 1:11-cv-00006, ECF No. 5-1 (D.V.I. Apr. 19, 2011).

I-40 Email from Kevin Bricke, EPA Region 2, to Kathleen C. Antoine, Environmental Director, HOVENSA LLC (May 9, 2011).

I-41 Preliminary Determination and Statement of Basis, Outer Continental Shelf Air Permit, issued by EPA to Anadarko Petroleum Corporation, (Mar. 23, 2011).

I-42 Letter from Walter E. Mugdan, EPA Region 2, to Kathleen C. Antoine, HOVENSA LLC Environmental Director (Aug. 15, 2007).

I-43 Letter from EPA Region 9 to Robert T. Connery, Esq., re Supplemental PSD Applicability Determination Cyprus Cas Grande Corporation Copper Mining and Processing Facilities (Nov. 6, 1987).

I-44 *New* Merriam-Webster Dictionary, https://www.merriam-webster.com/dictionary/new.

I-45 *New* Oxford American Dictionary, Third Edition, p. 1180, Oxford University Press (2010).

**J.**    **Documents With Information Claimed as Confidential Business Information (CBI) or Determined to be CBI**

J-01 Attachment 3, "Additional Facts, which are Claimed to be Confidential Business Information," of Letter from Joseph Goffman to Julie R. Domike and Thomas V. Eagan (Nov. 16, 2022).

J-02 PHRT Phase 2 Activity Report (Oct. 31, 2022).

J-03 Photographs, contained in EPA Region 2 Inspection Report, Clean Air Act Section 112(r) CAA General Duty Clause Inspection - PHRT (Sept. 20-26, 2022).

J-04 Letter from Julie R. Domike and Thomas Eagan, Counsel to PHRT, to Suilin Chan and Joseph Siegel, EPA Region 2, "Re: Correspondence to PHRT from Liliana Villatora of EPA…dated March 22, 2022," with Exhibits #3 & 4 (July 15, 2022, as corrected on July 27, 2022).

J-05 Exhibit #1A, Table of Physical Changes to Units and Operation Phase, attached to Letter from Julie R. Domike and Thomas Eagan, Counsel to PHRT, to Suilin Chan and Joseph Siegel, EPA Region 2, "Re: Correspondence to PHRT from Liliana Villatora of EPA…dated March 22, 2022" (Jul. 15, 2022).

J-06 Exhibit #1B, Table of Potential to Emit of Units, attached to Letter from Julie R. Domike and Thomas Eagan, Counsel to PHRT, to Suilin Chan and Joseph Siegel, EPA Region 2, "Re: Correspondence to PHRT from Liliana Villatora of EPA…dated March 22, 2022" (Jul. 15, 2022).

J-07 Exhibit #2, Table of Unit Throughput and Utilization Rates, attached to Letter from Julie R. Domike and Thomas Eagan, Counsel to PHRT, to Suilin Chan and Joseph Siegel, EPA Region 2, "Re: Correspondence to PHRT from Liliana Villatora of EPA…dated March 22, 2022" (Jul. 15, 2022).

J-08 PHRT Phase 2 Activity Report (Jul. 5, 2022).

J-09 PHRT Phase 2 Activity Report (May 23, 2022).

J-10 PHRT Phase 2 Activity Report (May 2, 2022).

J-11 PHRT Phase 2 Activity Report (Apr. 25, 2022).

J-12 Letter from Julie R. Domike, Counsel to PHRT, to Myles E. Flint, II, USDOJ, "Re: Responses to Questions Regarding PHRT Purging and Restart Proposal" (Feb. 23, 2022).

J-13 PHRT Phase 2 Activity Report (Feb. 21, 2022).

J-14 PHRT Proposal to the USEPA and USDOJ for the Restart of Limetree Bay Refinery Operations (Jan. 20, 2022).

J-15 Transmittal letter and Draft Flare Systems Audit Report: Limetree Bay Refinery (submitted as final report) (Jun. 25, 2021).

J-16 Environmental Compliance Audit: Limetree Bay Refinery (Jun. 25, 2021).

J-17 Transmittal email and Delayed Coker Audit: Limetree Bay Refinery (Jun. 24, 2021).

J-18 Amine and Sulfur Recovery Unit Process Audit Report: Limetree Bay Refinery (June 2021).

J-19 Shutdown Cash Cost Summary ($MM), Tab A of Letter from LeAnn Johnson Koch, Limetree Bay Terminals, LLC, to John Filippelli, EPA Region 2, "Re: Limetree Bay Terminals, LLC – Permitting Questions" (Feb. 1, 2018).