UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### CERTIFICATION BY DEAN OF LAW SCHOOL APPROVED BY THE AMERICAN BAR ASSOCIATION

Appeal No. & Caption: _____

I, _____, Dean of _____,
a law school approved by the American Bar Association, do hereby certify that

_____, whose signature appears hereon, is a duly enrolled student of
Name of student

good character and competent legal ability who, having completed legal studies equivalent to at least four semesters, is adequately trained to practice under the rules of the court.

_____　　　　　　　_____
Signature of Dean　　　　　　　　　　　　　　　　　Date

[✔] Check here if the law student is enrolled in a law school clinic or pro bono program and does not require certification under LAR 46.3(b)(3).

### STATEMENT OF LAW STUDENT

Appeal No. & Caption: No. 23-1094, Port Hamilton Refining & Trans. v. EPA

I Rajeev Venkat, hereby state that I have read and am familiar with the Code of Professional Responsibility or Rules of Professional Conduct in force in the state in which my law school is located. I further state, in accordance with Local Rule 46.3(b), that I will neither ask for nor receive compensation or remuneration from the person on whose behalf I am rendering services. My email address, to be used for electronic service in this case, is: rajeevvenkat@vermontlaw.edu.

_Rajeev Vel_ (signature)　　　　　　　　　　　　2/13/23
Signature of Student　　　　　　　　　　　　　　　Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: No. 23-1094, Port Hamilton Refining & Trans. v. EPA

I agree to work with **Rajeev Venkat** (Name of student) as supervising attorney in the above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

_[signature]_ Signature of Supervising Attorney

Date: Feb. 13, 2023

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: No. 23-1094, Port Hamilton Refining & Trans. v. EPA

I agree to be represented on appeal in the United States Court of Appeals for the Third Circuit by:

**Rajeev Venkat** (Name of law student), a law student enrolled at **Vermont Law & Graduate School** (Name of law school) who is qualified to practice before the United States Court of Appeals for the Third Circuit under the rules of the court. I understand that **Michael Harris** (Name of supervising attorney), a member of the Third Circuit bar, will supervise the work of the law student on my behalf.

_[signature]_ Signature of Party

Date: 13 February 2023

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: No. 23-1094, Port Hamilton Refining & Trans. v. EPA

I agree to work with Rajeev Venkat (Name of student) as supervising attorney in the above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

_[signed]_ Signature of Supervising Attorney

Feb. 13, 2023 — Date

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: No. 23-1094, Port Hamilton Refining & Trans. v. EPA

I agree to be represented on appeal in the United States Court of Appeals for the Third Circuit by: Rajeev Venkat (Name of law student), a law student enrolled at Vermont Law & Graduate School (Name of law school) who is qualified to practice before the United States Court of Appeals for the Third Circuit under the rules of the court. I understand that Michael Harris (Name of supervising attorney), a member of the Third Circuit bar, will supervise the work of the law student on my behalf.

_Jane Williams_ — Signature of Party

2-13-2023 — Date

2 of 3 (b)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### AGREEMENT OF SUPERVISION

Appeal No. & Caption: No. 23-1094, Port Hamilton Refining & Trans. v. EPA

I agree to work with **Rajeev Venkat** (Name of student) as supervising attorney in the above-referenced case. As attorney of record, I assume personal professional responsibility for the law student's work and for supervising the quality of that work.

_____   Feb. 13, 2023
Signature of Supervising Attorney     Date

### ACKNOWLEDGMENT OF PARTY

Appeal No. & Caption: No. 23-1094, Port Hamilton Refining & Trans. v. EPA

I agree to be represented on appeal in the United States Court of Appeals for the Third Circuit by:

**Rajeev Venkat**, a law student enrolled at
Name of law student

**Vermont Law & Graduate School**, who is qualified
Name of law school

to practice before the United States Court of Appeals for the Third Circuit under the rules of the court. I understand that **Michael Harris**, a member of the
Name of supervising attorney

Third Circuit bar, will supervise the work of the law student on my behalf.

_____   2/13/2023
Signature of Party       Date

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
## APPEARANCE OF QUALIFIED LAW STUDENT PURSUANT TO LAR 46.3

### OATH OF LAW STUDENT

I, **Rajeev Venkat** , do solemnly swear (or affirm) that I will support the Constitution of the United States, and that, in practicing as an eligible law student under 3d Cir. L.A.R. 46.3, I will conduct myself strictly in accordance with the terms of that rule and according to law.

*[signature]*
Applicant's Signature

SUBSCRIBED AND SWORN TO
BEFORE ME ON THIS 13 DAY
OF February 2023

THERESA JOHNSON
Notary Public
VERMONT

*[signature]*
Signature of Notary or Person authorized to administer oaths

Print    Save    Reset