Case No. 23-1094

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

AGREED MOTION TO ENTER AGREED PROTECTIVE ORDER

Respondent the United States Environmental Protection Agency ("EPA"), with the agreement of Petitioner Port Hamilton Refining and Transportation, LLP ("Port Hamilton"), hereby moves the Court to enter the Agreed Protective Order attached as Exhibit A:

1.  Port Hamilton filed its Petition on January 13, 2023, challenging an EPA letter issued on November 16, 2022 ("November Letter") under Section 307(b)(1) of the Clean Air Act, 42 U.S.C. § 7607(b)(1). This case therefore will be resolved based on the administrative record before EPA at the time the November Letter issued.

2.  The administrative record for the November Letter includes materials and information that Port Hamilton has designated as Confidential Business Information ("CBI"). *See* Certified Index to the Admin. Record, Docket No. 22-1, at 12-13 (J-01 - J-19). EPA needs to use those materials and information in its response brief and at oral argument, and EPA anticipates that Port Hamilton, intervenors and amici will need to do so as well.

3.  To enable the parties to fulsomely brief and argue this matter without improperly disclosing protected CBI, EPA and Port Hamilton have negotiated and agreed to the Agreed Protective Order attached as Exhibit A. The Agreed Protective Order also would enable intervenors to obtain and use such information once they have been admitted to this case.

WHEREFORE, with the agreement of Port Hamilton, EPA respectfully moves the Court to enter the attached Agreed Protective Order.

Respectfully submitted,

Dated: March 20, 2023

/s/ *Heather E. Gange*
HEATHER E. GANGE
Environmental Defense Section
Environment & Natural Resources
 Division
U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 514-4206

*Counsel for Respondent*

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 20th day of March 2023, I electronically filed a true and correct copy of the foregoing through the CM/ECF system which caused counsel for all Parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

　　　　　　　　　　　　　　*/s/ Heather E. Gange*
　　　　　　　　　　　　　　Heather E. Gange