UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

Port Hamilton Refining and Transportation LLLP v. Environmental Protection Agency

**ORDER**

      The application for admission by eligible law student on behalf of the proposed intervenor respondents is granted. Rajeev Venkat is permitted to enter his appearances as an eligible law student. Mr. Venkat satisfies the requirements for eligibility under Third Circuit Local Appellate Rule 46.3. It is noted that the proposed intervenor respondents have consented to the entry of appearance and that Michael R. Harris, Esq., the supervising attorney, has approved the entry of appearance. Mr. Venkat is directed file the law student entry of appearance form, available on the Court's website, within fourteen (14) days of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     March 24, 2023
SLC/cc:    Heather E. Grange, Esq.
           Michael R. Harris, Esq.
           Andrew C. Simpson, Esq.
           Corinne Snow, Esq.
           Rajeev Venkat