OFFICE OF THE CLERK

| | | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** | U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small> | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA  19106-1790 | 215-597-2995 |



Website: www.ca3.uscourts.gov

March 24, 2023

Heather E. Gange, Esq.
Michael R. Harris, Esq.
Andrew C. Simpson, Esq.
Corinne Snow, Esq.
Rajeev Venkat

RE: Port Hamilton Refining and Transportation LLLP v. EPA
Case Number: 23-1094
Agency Case Number:

Dear Counsel:

The above-entitled case(s) has/have been tentatively listed on the merits on **Tuesday, May 23, 2023** in **ST. CROIX, USVI**.  It may become necessary for the panel to move this case to another day within the **week of May 22, 2023**. Counsel will be notified if such a change occurs.

The panel will determine whether there will be oral argument and if so, the amount of time allocated for each side. (See Third Circuit Internal Operating Procedures, Chapter 2.1.) No later than 10 calendar days prior to the first day of the panel sitting, you will be advised whether oral argument will be required, the amount of time allocated by the panel, and the specific date on which argument will be scheduled.

Counsel shall file an acknowledgment form **within s**e**ven (7) days** from the date of this letter, and advise the name of the attorney who will present oral argument. In addition, please indicate whether or not s/he is a member of the bar of this Court. Bar membership is not necessary if counsel represents a U.S. government agency or officer thereof or if the party is appearing pro se. If the attorney is not a member of the bar of this Court, an application for admission should be completed, which should be returned to this office without delay.

RE: Port Hamilton Refining and Transportation LLLP v. EPA
Case Number: 23-1094
Agency Case Number:

The hyperlinks for access to the <u>acknowledgment form</u>, <u>application for admission</u>, and <u>appearance form</u> are provided for your convenience, and are also available on the <u>Third Circuit</u> website.

Please file your completed acknowledgment form though CM/ECF.

Very truly yours,

*/s/ Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*/s/ Ashley M. Ritz*

Ashley Ritz
Assistant Calendar Clerk
267-299-4947