# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1094**

Port Hamilton Refining and Transportation, LLLC vs. U.S. Environmental Protection Agency

Calendar Date **05/23/2023**   Location **St. Croix, VI**

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: **Heather E. Gange, federal attorney**

Designation of Arguing Counsel: **Heather E. Gange**

Member of the Bar:   ☐ Yes   ☑ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☑ Respondent(s)   ☐ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

**U.S. Environmental Protection Agency**

---

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

## CERTIFICATE OF SERVICE

I, Heather E. Gange, hereby certify that on March 28, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system, which effected service on all counsel of record.

　　　　　　　　　　　　　　　　　　　*/s/ Heather E. Gange*
　　　　　　　　　　　　　　　　　　　Heather E. Gange