UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1094**

Port Hamilton Refining and Transportation, LLLP,
v.
U.S. Environmental Protection Agency

To:  Clerk

1) Motion by Limetree Bay Terminals, LLC, to Intervene as a Respondent [ECF #17]

2) Motion by the St. Croix Environmental Association, Sierra Club, and Center for Biological Diversity to Intervene as Respondents [ECF #20]

3) Petitioner's Responses in Opposition [ECF #21 & #23]

4) Movants' Replies [ECF #27 & #28]

_____

At the direction of the Court, the foregoing motions to intervene are DENIED but the movants are invited to participate as amici curiae.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated: March 29, 2023
Amr/cc: All counsel of record