# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| PORT HAMILTON REFINING & TRANSPORTATION, LLLP,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Respondent*. | Case No. 23-1094 |

## NOTICE OF FILING OF AMENDED CERTIFIED INDEX
## TO THE ADMINISTRATIVERECORD

Pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B), Respondent United States Environmental Protection Agency gives notice of the filing of the attached Amended Certified Index to the Administrative Record for the agency action being challenged in this case. The amendment adds document J-20, which was inadvertently omitted from the earlier-filed index. Counsel for Petitioner Port Hamilton Refining and Transportation, LLLP, was consulted and does not object to the amendment.

        Respectfully submitted,

        s/ *Heather E. Gange*
        HEATHER E. GANGE
        U.S. Department of Justice
        Environment and Natural Resources Division
        Environmental Defense Section
        P.O. Box 7611
        Washington, DC  20044-7611
        Tel:  (202) 514-42-6
        Heather.Gange@usdoj.gov

April 11, 2023

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice and attached Amended Certified Index to the Administrative Record were electronically filed with the Clerk of the Court using the CM/ECF system for these consolidated cases, which served counsel for all parties.

Dated: April 11, 2023                          s/ *Heather E. Gange*
                                                                              HEATHER E. GANGE