IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING AND
TRANSPORTATION, LLLC,

   *Petitioner*,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY
,

   *Respondent*.

Case No. 23-1094

## CONSENT MOTION TO FILE
## EPA'S RESPONSE BRIEF UNDER SEAL

Pursuant to Local Appellate Rules 27.7 and 106.1(a), Respondent U.S. Environmental Protection Agency ("EPA") respectfully requests permission to file EPA's Response Brief and Volume III of its Appendix under seal on or before April 12, 2023. Unless instructed otherwise, EPA plans to so file its Response Brief and Volume III, as well as file a redacted version of its Response Brief and Volume II of its appendix on the public docket. Petitioner's counsel has indicated that Petitioner Port Hamilton Refining and Transportation, LLLC ("Port Hamilton") consents to the relief requested in this motion.

In support of this motion, EPA states as follows:

1

1.      On January 13, 2023, Port Hamilton filed a Petition challenging EPA's November 26, 2022, Letter from Joseph Goffman, Acting Assistant Administrator of the Office of Air and Radiation to Representatives of PHRT, Julie Domike and Thomas V. Egan ("Letter"). Doc. 1-1. The Letter includes and incorporates by reference three substantive attachments, the third of which discusses information that is important to the final determination reached in the challenged Letter ("Attachment 3"). Attachment 3 has not been provided to the Court to date.

2.      Port Hamilton designated the information and documents discussed in Attachment 3 as protected confidential business information ("CBI") when providing it to EPA. Port Hamilton also designated additional documents in the certified administrative record as CBI when providing them to EPA. *See* Notice of Filing of Amended Certified Index to the Administrative Record, Doc. 42 (CBI materials identified as J-01 through J-20).

3.      EPA's Response Brief is due April 12, 2022. EPA needs to provide Attachment 3 to the Court to ensure that the Court has a complete copy of the challenged Letter before it. In its Response Brief, EPA also needs to discuss the contents of Attachment 3 and other record documents that Port Hamilton designated as CBI.

4.      Under L.A.R. 106.1(a), a motion to seal must set forth "with particularity the reasons why sealing is deemed necessary." A motion to seal must

also "explain the basis for sealing and specify the desired duration of the sealing order." *Id*.

5.  Under Clean Air Act section 114(c), 42 U.S.C. § 7414(c), and 40 C.F.R. Part 2, Subpart B, "Confidentiality of Business Information," EPA cannot publicly release information claimed as CBI unless it has determined that the information is not entitled to confidential treatment. 40 C.F.R. §§ 2.204, 2.205, 2.208. EPA cannot provide the Court with a complete copy of the Letter being challenged in this action and respond to Port Hamilton's Opening Brief unless EPA is also allowed to seal the CBI necessarily included in its forthcoming Response Brief and Volume III of its Appendix.

6.  EPA also plans to file a redacted version of its Response Brief and a complete copy of Volume II of its Appendix (which does not contain any CBI) on the public docket unless the Court instructs otherwise.

7.  Because EPA must treat the claimed CBI as protected unless and until Port Hamilton waives such a claim or EPA determines that the information is not CBI, EPA requests that any CBI portions of its Response Brief and Volume III of its Appendix remain under seal unless and until either of those events occurs, at which time EPA will so inform the Court.

8.    Petitioner Port Hamilton consents to the relief requested in this motion.

Dated: April 11, 2023

Respectfully Submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

    */s/ Heather E. Gange*
HEATHER E. GANGE
U.S. Department of Justice
Environment & Natural Resources
    Division
Environmental Defense Section
P.O. Box. 7611
Washington, DC  20044-7611
Tel:  (202) 514-4206
Heather.Gange@usdoj.gov

*Counsel for Respondent U.S. Environmental Protection Agency*

## CERTIFICATION PURSUANT TO 3d. Cir. L.A.R. 27-3

I hereby certify that this motion is uncontested.

Dated: April 11, 2023

/s/ *Heather E. Gange*
HEATHER E. GANGE
U.S. Department of Justice
Environment & Natural Resources
    Division
Environmental Defense Section
P.O. Box. 7611
Washington, DC  20044-7611
Tel:  (202) 514-4206
Heather.Gange@usdoj.gov

*Counsel for Respondent U.S. Environmental Protection Agency*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel certifies that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, including the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 900 words. This motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word 2016 in 14-point Times New Roman font.

Dated: April 11, 2023
          */s/ Heather E. Gange*
HEATHER E. GANGE
U.S. Department of Justice
Environment & Natural Resources
   Division
Environmental Defense Section
P.O. Box. 7611
Washington, DC 20044-7611
Tel: (202) 514-4206
Heather.Gange@usdoj.gov

*Counsel for Respondent U.S. Environmental Protection Agency*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I served the foregoing Consent Motion to File EPA's Response Brief Under Seal on all registered counsel through the Court's electronic filing system (ECF).

Dated:  April 1, 20231                     /s/ Heather E. Gange
                                       HEATHER E. GANGE
                                       U.S. Department of Justice
                                       Environment & Natural Resources
                                            Division
                                       Environmental Defense Section
                                       P.O. Box. 7611
                                       Washington, DC  20044-7611
                                       Tel:  (202) 514-4206
                                       Heather.Gange@usdoj.gov