**ORAL ARGUMENT SCHEDULED MAY 23, 2023**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT**

PORT HAMILTON REFINING AND
TRANSPORTATION, LLLC,

      *Petitioner*,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY
,

      *Respondent*.

Case No. 23-1094

**CONSENT MOTION FOR LEAVE TO FILE
RESPONDENT'S SUPPLEMENTAL APPENDIX**

As instructed in the Clerk's orders in this case dated April 13, 2023, and

pursuant to Local Appellate Rules 28.2(c) and 28.1(c) (citing L.A.R. 32.2(c)),

Respondent U.S. Environmental Protection Agency ("EPA") respectfully requests

leave to file Volumes I through III of its Appendix to place a full and accurate

copy of the challenged agency action and pertinent portions of the administrative

record before the Court.[1]  Petitioner's counsel has indicated that Petitioner Port

---

[1]  EPA has a pending motion for leave to file under seal Volume III of EPA's
Appendix and EPA's Response Brief to which Volume I of its Appendix was
attached.  All three volumes of EPA's appendix were filed electronically on April 12,
2023, and corresponding paper copies were transmitted to the Court that same day.

Hamilton Refining and Transportation, LLLC ("Port Hamilton") consents to the relief requested in this motion.  In support of this motion, EPA states as follows:

1.     On January 13, 2023, Port Hamilton filed a Petition challenging an EPA action under the Clean Air Act ("CAA") in which the Agency determined that Port Hamilton must obtain a Prevention of Significant Deterioration permit for its petroleum refinery in St. Croix, U.S. Virgin Islands.  *See* Letter dated November 16, 2022, from Joseph Goffman, Acting Ass't Administrator of the Office of Air and Radiation, to Julie Domike and Thomas V. Egan, Representatives of Port Hamilton ("Determination").

2.     When courts review EPA actions like the Determination under the Administrative Procedure Act's ("APA") arbitrary and capricious standard, they "shall review the whole record or those parts of it cited by a party."  5 U.S.C. § 706; *see Christ the King Manor, Inc. Sec'y U.S. Dep't of Health Human Services,* 730 F.3d 291, 305 (3d Cir. 2013) ("Our review . . . must be based on 'the administrative record [that was] already in existence' before the agency, not 'some new record made initially in the reviewing court . . . '") (quoting *Rite Aid of Pa., Inc. v. Houstoun,* 171 F.3d 842, 851 (3d Cir. 1999)); *United States v. Reynolds,* 710 F.3d 498, 508-09 (3d Cir. 2013) (internal citations omitted).

3.     The Determination includes three substantive attachments, the third of which discusses factual information that forms the substantive basis for some facts

found and conclusions reached in the Determination ("Attachment 3"). *See* Doc. No. 43, ¶¶ 1-2 (pending motion for leave to file Appendix Volumes I and III under seal).

4.  Port Hamilton has never provided Attachment 3 to this Court. Port Hamilton also included in its appendix only 5 of the 296 documents comprising the voluminous administrative record for the Determination. *See* Doc. Nos. 22-1 (certified index to the administrative record), 42-2 (amended certified index).

5.  The Court cannot perform the required review of the Determination, unless the Court is provided with a complete copy of the Determination that includes Attachment 3 and with numerous other documents in the administrative record. *See* 5 U.S.C. § 706; *see supra* ¶ 2. *See also* L.A.R. 28.2(c) (requiring appellee brief to conform to L.A.R. 28.1(c)); L.A.R. 28.1(c) (requiring compliance with L.A.R. 32.2(c)); L.A.R. 32.2(c) (court prefers documents listed in L.A.R. 32.2(c) attached to merits brief, including action appealed). EPA therefore included a *complete* copy of the Determination in Volume I of its Appendix, and included the other necessary administrative record documents in Volumes II and III of its Appendix.

6.  To enable the Court to perform the review required by 5 U.S.C. § 706 and controlling Third Circuit authority, EPA therefore respectfully requests that the Court accept all three volumes of its appendix.

7.  Counsel for EPA sought Port Hamilton's position on this motion, and Port Hamilton consents to the motion.

Dated: April 17, 2023

Respectfully Submitted,

TODD KIM
Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources
Division

_____ /s/ Heather E. Gange _____
HEATHER E. GANGE
U.S. Department of Justice
Environment & Natural Resources
      Division
Environmental Defense Section
P.O. Box. 7611
Washington, DC  20044-7611
Tel:  (202) 514-4206
Heather.Gange@usdoj.gov

*Counsel for Respondent U.S.
Environmental Protection Agency*

## **CERTIFICATION PURSUANT TO 3d. Cir. L.A.R. 27-3**

I hereby certify that this motion is uncontested.

Dated:  April 17, 2023

> _/s/ Heather E. Gange_
> HEATHER E. GANGE
> U.S. Department of Justice
> Environment & Natural Resources
>     Division
> Environmental Defense Section
> P.O. Box. 7611
> Washington, DC  20044-7611
> Tel:  (202) 514-4206
> Heather.Gange@usdoj.gov
>
> _Counsel for Respondent U.S._
> _Environmental Protection Agency_

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Federal Rule of Appellate Procedure 32(g), the undersigned counsel certifies that this motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, including the parts of the document exempted by Federal Rule of Appellate Procedure 32(f), this document contains 952 words. This motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it has been prepared using Microsoft Word 2016 in 14-point Times New Roman font.

Dated:  April 17, 2023

_____/s/ Heather E. Gange_____
HEATHER E. GANGE
U.S. Department of Justice
Environment & Natural Resources
    Division
Environmental Defense Section
P.O. Box. 7611
Washington, DC  20044-7611
Tel:  (202) 514-4206
Heather.Gange@usdoj.gov

*Counsel for Respondent U.S.*
*Environmental Protection Agency*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 17, 2023, I served the foregoing on all

registered counsel through the Court's electronic filing system (ECF).

    /s/ Heather E. Gange
HEATHER E. GANGE
U.S. Department of Justice
Environment & Natural Resources
    Division
Environmental Defense Section
P.O. Box. 7611
Washington, DC  20044-7611
Tel:  (202) 514-4206
Heather.Gange@usdoj.gov

7