UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **23-1094**

Port Hamilton Refining and Transportation, LLLP,
v.
U.S. Environmental Protection Agency

To:  Clerk

1) Respondent's Unopposed Motion to Seal Unredacted Response Brief and Volumes I and III of Its Supplemental Appendix

_____

    The foregoing motion is referred to the merits panel.  The Clerk will hold the unredacted version of the respondent's brief and volumes I and III of its supplemental appendix provisionally under seal pending a ruling by the Court.

For the Court,

  s/ Patricia S. Dodszuweit  
Clerk

Dated: April 19, 2023
Amr/cc: All counsel of record