# United States Court of Appeals for the Third Circuit

## Case No. 23-1094

———————————

**Port Hamilton Refining and Transportation, LLLP**

**Petitioner,**

vs.

**United States Environmental Protection Agency,**

**Respondent.**

———————————

## Addendum to Principal Brief of Port Hamilton Refining and Transportation, LLLP

On review from the November 16, 2022 Determination
of the Environmental Protection Agency

Andrew C. Simpson
Andrew C. Simpson, P.C.
2191 Church St., Ste. 5
Christiansted, VI  00820
340-719-3900
asimpson@coralbrief.com
www.coralbrief.com

Port Hamilton Refining and Transportation, LLLP submits this addendum to its opening brief in accordance with this Court's text Order entered on April 20, 2023.

## AMENDED CERTIFICATIONS

I hereby certify that:

**AMENDED WORD COUNT CERTIFICATION**

Port Hamilton's reply brief complies with the type-volume limitation of Fed. R. App. P. 32. The reply brief contained fewer than 6,300 words (excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii)).

**IDENTICAL COMPLIANCE OF BRIEFS**

I certify that the text of Port Hamilton's electronically-filed Reply Brief is identical to the text of the paper copies filed with the Court and served upon counsel.

**SERVICE**

On April 21, 2023, I served this Addendum by using the Court's electronic filing system, which will deliver a Notice of Filing to:

HEATHER E. GANGE
U.S. Department of Justice
Environment and Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone No: (202) 514-4206
Heather.Gange@usdoj.gov

*Counsel for Respondent*

  I further certify that the original and six copies of Port Hamilton's opening brief and this Addendum, and 4 copies of the Appendix were mailed via U.S. Priority Mail to the Court on April 22, 2023 and one copy of each of the above was mailed via U.S. Priority Mail to counsel listed above.

/s/ Andrew C. Simpson
As to all certifications
