IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| **Port Hamilton Refinery Terminal, LLLP,**<br><br>              **Petitioner,**<br><br>   vs.<br><br>**U.S. Environmental Protection Agency,**<br><br>              **Respondent.** | No. 23-1094 |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL APPENDICES AND FILE VOLUME III OF THE SUPPLEMENTAL APPENDIX UNDER SEAL

1.    Petitioner Port Hamilton Refinery Terminal, LLLP ("Port Hamilton") respectfully moves for leave to: (1) file a Supplemental Appendix (Volume II) to its Reply Brief; and (2) file Volume III of the Supplemental Appendix under seal. *See* Fed. R. App. P. 27(a), 27.7, and 106.1(a). The two volumes of Port Hamilton's Supplemental Appendix will include seven key documents that Port Hamilton did not believe anticipate were necessary for the appendix until is saw arguments raised by EPA in its opposition brief.

2.    Three of these documents were not included in the Certified Index of the Record filed by Respondent U.S. Environmental Protection

Agency ("EPA"). EPA has agreed to file a revised supplemental index reflecting the fact that these three documents are in the record.

3. Under L.A.R. 106.1(a), a motion to seal must set forth "with particularity the reasons why sealing is deemed necessary." A motion to seal must also "explain the basis for sealing and specify the desired duration of the sealing order." *Id.*

4. Under Clean Air Act section 114(c), 42 U.S.C. § 7414(c), and 40 C.F.R. Part 2, Subpart B, "Confidentiality of Business Information," EPA cannot publicly release information claimed as CBI unless it has determined that the information is not entitled to confidential treatment. 40 C.F.R. §§ 2.204, 2.205, 2.208.

5. The Advisian Report, a January 3, 2018 letter and Tab K included in the Certified Index of the Record as H-01 and H-12, and Exhibit 2 included in the Certified Index of the Record as J-07 are CBI and critical for Petition to respond fully and completely to EPA's Opposition Brief. Petitioner must be allowed to seal this CBI included in Volume III of the Supplemental Appendix.

Respectfully submitted,

 /s/  Andrew C. Simpson
Andrew C. Simpson

> Andrew C. Simpson, PC
> 2191 Church Street, Suite 5
> Christiansted, VI 00820
> 340-719-3900
> asimpson@coralbrief.com
> www.coralbrief.com
>
> Attorney for the Petitioner

### CERTIFICATE OF SERVICE

On April 24, 2023, I served the foregoing motion by using the Court's electronic filing system, which will deliver a Notice of Filing to:

HEATHER E. GANGE
U.S. Department of Justice
Environment and Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone No: (202) 514-4206
Heather.Gange@usdoj.gov

*Counsel for Respondent*

Michael Ray Harris
Associate Professor of Law
Environmental Justice Clinic
Vermont Law & Graduate School
PO Box 96, 164 Chelsea Street
South Royalton, VT 05068
(802) 831-1364
mrharris@vermontlaw.edu

*Counsel for Amici Curiae
St. Croix Environmental
Association,
Sierra Club, and Center for
Biological Diversity*

/s/ Andrew C. Simpson