# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING & TRANSPORTATION, LLLP,

*Petitioner*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

*Respondent*.

Case No. 23-1094

**NOTICE OF FILING OF SECOND AMENDED CERTIFIED INDEX TO THE ADMINISTRATIVERECORD**

Pursuant to Federal Rule of Appellate Procedure 17(b)(1)(B), Respondent United States Environmental Protection Agency gives notice of the filing of the attached Second Amended Certified Index to the Administrative Record for the agency action being challenged in this case. The amendment adds documents that were inadvertently omitted from the earlier-filed amended index, some at the request of Counsel for Petitioner Port Hamilton Refining and Transportation, LLLP ("Port Hamilton"). Counsel for Port Hamilton was consulted and does not object to the amendment.

          Respectfully submitted,

          s/ *Heather E. Gange*
          HEATHER E. GANGE
          U.S. Department of Justice
          Environment and Natural Resources Division
          Environmental Defense Section
          P.O. Box 7611
          Washington, DC  20044-7611
          Tel:  (202) 514-42-6
          Heather.Gange@usdoj.gov

May 5, 2023

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice and attached Amended Certified Index to the Administrative Record were electronically filed with the Clerk of the Court using the CM/ECF system for these consolidated cases, which served counsel for all parties.

Dated: May 5, 2023　　　　　　　　　　　　s/ *Heather E. Gange*
　　　　　　　　　　　　　　　　　　　　HEATHER E. GANGE