UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY

Present: RESTREPO, MCKEE and SMITH, Circuit Judges

1. Unopposed Motion by Respondent for Leave to File Supplemental Appendix

                                                                      Respectfully,
                                                                      Clerk/MS

_____ORDER_____

The foregoing motion is GRANTED.

                                                                      By the Court,

                                                                      s/ L. Felipe Restrepo
                                                                      Circuit Judge

Dated:   May 18, 2023
MS/cc:   All counsel/parties of record