UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP
                                                            Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

Present:  RESTREPO, MCKEE and SMITH, Circuit Judges

1. Motion by Petitioner for Leave to File Supplemental Appendices and File Volume III of the Supplemental Appendix under Seal

                                        Respectfully,
                                        Clerk/EMA

_____ORDER_____
The foregoing motion is GRANTED.

                                        By the Court,

                                        s/ L. Felipe Restrepo
                                        Circuit Judge

Dated:      May 22, 2023
EMA/cc:     All Counsel of Record