<u>10:00 A.M.</u>
<u>COURTROOM #2, ST. CROIX, USVI</u>

<u>WEDNESDAY, MAY 24, 2023</u>

<u>Coram: RESTREPO, MCKEE and *SMITH, Circuit Judges</u>

<u>*ZOOM CONFERENCE</u>

<u>No. 22-2618</u>

UNITED STATES OF AMERICA
v.
GILBERTO WENCE,
Appellant

| <u>Counsel for Appellant</u> | <u>Counsel for Appellee</u> |
|---|---|
| ERWIN CHEMERINSKY | SCOTT MEISLER |
| (15 minutes per Court) | (15 minutes per Court) |

―――――――――――――――――――――――――――――――

<u>No. 23-1094</u>

PORT HAMILTON REFINING
AND TRANSPORTATION,
Petitioner
v.
UNITED STATES EPA

| <u>Counsel for Petitioner</u> | <u>Counsel for Respondent</u> |
|---|---|
| ANDREW C. SIMPSON | HEATHER E. GANGE |
| (15 minutes per Court) | (15 minutes per Court) |