UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,
Petitioner

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY

(EPA-1)

Present: Restrepo, McKee and Smith, Circuit Judges

1. Consent Motion by Respondent to File Response Brief and Appendix Volumes I and III under seal.

Respectfully,
Clerk/amr

_____ORDER_____

The foregoing motion to seal the unredacted version of Respondent's brief and Volumes I and III of the supplemental appendix is granted.

By the Court,

s/D Brooks Smith
Circuit Judge

Dated: July 25, 2023