UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————————

No. 23-1094

———————————

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,
Petitioner
v.

U.S. ENVIRONMENTAL PROTECTION AGENCY

———————————

On Petition for Review from a Decision of the
Environmental Protection Agency

———————————

Argued May 24, 2023

Before: RESTREPO, McKEE, and SMITH, *Circuit Judges*

———————————

**JUDGMENT**

———————————

This cause came on to be considered on the record from the Environmental Protection Agency and was argued on May 24, 2023.

On consideration whereof, it is now hereby **ADJUDGED** and **ORDERED** that the petition for review of the decision of the Environmental Protection Agency is **GRANTED**. All of the above in accordance with the opinion of this Court. Costs taxed to the Respondent.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: July 25, 2023