# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 23-1094

Caption: Port Hamilton Refining and Transportation, LLLP v. USEPA

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | $500 | |
| Brief | 11 | 70 | $0.10 | $3.00 | $1.00 | n/a | $121 | |
| Reply Brief | 10* | 42 | $0.10 | $3.00 | $1.00 | n/a | $82 | |
| Appendix | 8 | 327 | $0.10 | $3.00 | $1.00 | n/a | $293.60 | |
| Supp. Appendix | 7* | 274 | $0.10 | $3.00 | $1.00 | n/a | $219.80 | |
| | | | | | | | | |
| TOTAL | | | | | | | $1,216.40 | $ |

Brief Produced by Reproduction: ☐         Brief Produced by Photocopy: ☑
                                           In House: ☑
                                           Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Andrew C. Simpson, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_[signature]_                                        August 8, 2023
Signature                                            Date
Attorney for: Port Hamilton Refining and Transportation, LLLP

**A certificate of service must accompany this form.**

*Limetree Bay Terminals, LLC was a potential party at the time the opening brief/appendix was filed. After the opening brief was filed, the Court denied Limetree's motion to intervene and did not allow it to file an amicus brief. Therefore, one less service copy was necessary for the reply brief and supplemental appendices.

## CERTIFICATE OF SERVICE

On August 8, 2023, I served Port Hamilton's Bill of Costs by using the Court's electronic filing system, which will deliver a Notice of Filing to:

HEATHER E. GANGE
U.S. Department of Justice
Environment and Natural
Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Telephone No: (202) 514-4206
Heather.Gange@usdoj.gov

*Counsel for Respondent*

Michael Ray Harris
Associate Professor of Law
Environmental Justice Clinic
Vermont Law & Graduate School
PO Box 96, 164 Chelsea Street
South Royalton, VT 05068
(802) 831-1364
mrharris@vermontlaw.edu

*Counsel for Amici Curiae
St. Croix Environmental
Association,
Sierra Club, and Center for
Biological Diversity*

/s/ Andrew C. Simpson