# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## BILL OF COSTS

C.A. No. 23-1094

Caption: Port Hamilton Refining and Transportation, LLLP v. USEPA

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | $500 | |
| Brief | 11 | 70 | $0.10 | $3.00 | $1.00 | n/a | $121 | |
| Reply Brief | 10* | 42 | $0.10 | $3.00 | $1.00 | n/a | $82 | |
| Appendix | 8 | 327 | $0.10 | $3.00 | $1.00 | n/a | $293.60 | |
| Supp. Appendix | 7* | 274 | $0.10 | $3.00 | $1.00 | n/a | $219.80 | |
| | | | | | | | | |
| TOTAL | | | | | | | $1,216.40 | $ |

Brief Produced by Reproduction: ☐    Brief Produced by Photocopy: ☑
In House: ☑
Commercial: ☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Andrew C. Simpson, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

_[signature]_

Signature

Attorney for: Port Hamilton Refining and Transportation, LLLP

August 8, 2023
Date

**A certificate of service must accompany this form.**

*Limetree Bay Terminals, LLC was a potential party at the time the opening brief/appendix was filed. After the opening brief was filed, the Court denied Limetree's motion to intervene and did not allow it to file an amicus brief. Therefore, one less service copy was necessary for the reply brief and supplemental appendices.

## CERTIFICATE OF SERVICE

On August 8, 2023, I served Port Hamilton's Bill of Costs by using the Court's electronic filing system, which will deliver a Notice of Filing to:

| | |
|---|---|
| HEATHER E. GANGE<br>U.S. Department of Justice<br>Environment and Natural<br>Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Telephone No: (202) 514-4206<br>Heather.Gange@usdoj.gov<br><br>*Counsel for Respondent* | Michael Ray Harris<br>Associate Professor of Law<br>Environmental Justice Clinic<br>Vermont Law & Graduate School<br>PO Box 96, 164 Chelsea Street<br>South Royalton, VT 05068<br>(802) 831-1364<br>mrharris@vermontlaw.edu<br><br>*Counsel for Amici Curiae<br>St. Croix Environmental<br>Association,<br>Sierra Club, and Center for<br>Biological Diversity* |

/s/ Andrew C. Simpson