ORAL ARGUMENT HELD MAY 24, 2023

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING AND
TRANSPORTATION, LLLC,

    *Petitioner*,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY,

    *Respondent*.

Case No. 23-1094

**CONSENT MOTION TO EXTEND DEADLINE
FOR PETITIONS FOR REHEARING**

Respondent U.S. Environmental Protection Agency ("EPA"), with the agreement of Petitioner Port Hamilton Refining and Transportation, LLC ("Port Hamilton"), moves for a 21-day extension of the current deadline for parties to seek rehearing. In support of its motion, EPA states:

1.    This case sought judicial review of a final agency final determination that Port Hamilton was required to obtain a Prevention of Significant Deterioration permit under the Clean Air Act prior to restarting the refinery located at 1 Estate Hope, Christiansted, St. Croix, U.S. Virgin Islands ("Refinery") (hereafter "PSD Applicability Determination"). This conclusion was expressed in a letter dated November 16, 2022, from Joseph Goffman, Principal Deputy Assistant Administrator of EPA's

1

Office of Air and Radiation, to Julie R. Domike, Esq. and Thomas V. Eagan, Esq. Petition, Docket No. 1-3, at 6-47.

2.   On July 25, 2023, the Court issued an opinion and order which vacated the challenged PSD Applicability Determination. Pursuant to Federal Rule of Appellate Procedure 40(a)(1)(B), petitions for rehearing therefore are due by September 8, 2023.

3.   EPA is considering filing a petition for rehearing on one or more aspects of the Court's decision. To date, EPA and its counsel at the U.S. Department of Justice ("DOJ") have worked diligently to examine the decision and identify only those issues that merit a proposed petition for panel rehearing, including ongoing consultation with senior management and officials in both agencies. The necessary consultation process is taking significantly longer than originally anticipated, however. In addition, since the decision issued, undersigned counsel must expend a significant amount of time responding to a motion for summary judgment and cross-moving for summary judgment in an unrelated matter before the U.S. District Court for the District of Columbia ("DDC"), preparing merits briefs for petitions in two unrelated matters before the New Mexico Court of Appeals, and preparing a reply brief in the unrelated DDC matter. *Blue Ridge Environmental Defense League v. Regan,* Case No. 22-cv-3134 (D.D.C.); *Southwest Res. and Info. Ctr v. Secy. of the New Mexico Environment Dept.,* Case No. A-1-CA-40030 (N.M. Ct. App.); *Concerned Citizens for Nuclear Safety v. Secy. of the New Mexico Environment Dept.,* Case No. A-1-CA-40074 (N.M. Ct. App.).

Undersigned counsel therefore does not believe that she can complete the remaining consultation processes, complete drafting a proposed petition, and receive the required EPA and DOJ management approvals, by the current deadline. In addition, undersigned counsel has previously-scheduled travel during that time that cannot practicably be rescheduled.

    4.    EPA therefore respectfully requests a 21-day extension of the deadline for submitting petitions for rehearing to September 29, 2023.

    5.    Undersigned counsel for EPA consulted with counsel for Port Hamilton, and Port Hamilton consents to this motion.

>Respectfully submitted,
>
>Todd Kim
>Assistant Attorney General
>
>    /s/ Heather E. Gange
>HEATHER E. GANGE, Sr. Attorney
>U.S. Department of Justice
>Environment & Natural Resources Div.
>Environmental Defense Section
>P.O. Box 7611
>Washington, D.C. 20044-7611
>(202) 514-4206

August 17, 2023

## CERTIFICATE OF COMPLIANCE WITH WORD LIMITATION

I certify that the foregoing MOTION is proportionately spaced, has a typeface of Garamond, 14 points, and contains 636 words, including footnotes and quotations. I have relied on Microsoft Word's word count feature for the calculation.

## CERTIFICATE OF SERVICE

I certify that on this 17th day of August, 2023, the foregoing MOTION was filed electronically via the Court's CM/ECF system, which effected service upon counsel of record.

Dated:  August 17, 2023

      /s/ Heather E. Gange
HEATHER E. GANGE, Sr. Attorney
U.S. Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 514-4206