# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

Port Hamilton Refining and Transportation LLLP v. EPA

## O R D E R

It appearing that a panel of this Court disposed of the above case by a Judgment filed July 25, 2023, and it further appearing that a Motion for an extension of time to file Petition for Rehearing was timely filed by Respondent and granted on August 23, 2023, and it further appearing that the Clerk's Office erroneously issued the certified Judgment in lieu of formal mandate on September 15, 2023,

It is **O R D E R E D** that the certified judgment issued in lieu of formal mandate on 09/15/2023, be and is hereby RECALLED.

For the Court,
s/ Patricia S. Dodszuweit
Clerk

Date: September 20, 2023
cc: Administrator
Heather E. Gange
Andrew C. Simpson
,

**A True Copy:**

Patricia S. Dodszuweit, Clerk