Case: 23-1094    Document: 93-1    Page: 1    Date Filed: 11/30/2023

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Cᴏᴜʀᴛ ᴏғ Aᴘᴘᴇᴀʟs
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

November 30, 2023

Administrator
United States Environmental Protection Agency
Office of General Counsel
1200 Pennsylvania Avenue NW
Washington, DC 20460

 RE: Port Hamilton Refining and Transportation LLLP v. EPA
 Case Number: 23-1094
 Agency Case Number:
Dear Administrator,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case(s). The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: November 30, 2023

Amr/cc: Heather E. Gange, Esq.
Michael R. Harris, Esq.
Andrew C. Simpson, Esq.
Rajeev Venkat, Esq.