UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP, Petitioner

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY

Present: RESTREPO, MCKEE and SMITH, Circuit Judges

1. Motion filed by Petitioner Port Hamilton Refining and Transportation LLLP for attorney fees in the amount of $505,824.81.;

Respectfully,
Clerk/amr

_____ORDER_____

The Precedential Opinion in this matter was filed on July 25, 2023. On August 17, 2023, the Respondent sought an extension of time in which to file a petition for rehearing. The Clerk granted that request on August 23, 2023. Thereafter, Petitioner moved for an award of attorneys' fee. The Respondent did not file a response to that motion. But the Respondent did file a petition for panel rehearing, which we granted. As a result, the motion for an award of attorneys' fees is ripe once again. Yet we lack a response from the Respondent. Accordingly, it is hereby ORDERED that the Respondent shall, by Friday, December 29, 2023, either advise that the motion is unopposed or file its response.

By the Court,

s/D. Brooks Smith
Circuit Judge

Dated: December 18, 2023
Amr/cc: All counsel of record