Case No. 23-1094

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO
PETITIONER'S MOTION FOR AN AWARD OF ATTORNEY FEES

Respondent the United States Environmental Protection Agency ("EPA"), with the agreement of Petitioner Port Hamilton Refining and Transportation, LLP ("Port Hamilton"), hereby moves the Court to extend the deadline to respond to until January 29, 2024.  In support of this motion, EPA states as follows:

1.  Port Hamilton filed a motion seeking an award of attorney fees on August 24, 2023, one week after EPA filed its unopposed motion to extend the deadline for filing a petition for rehearing.  Counsel for the parties informally discussed at that time that it would be most efficient to negotiate a fee settlement after EPA's potential rehearing and certiori petitions (if any) were resolved, as such proceedings could cause Port Hamilton to incur additional fees.  That discussion was not reflected in a subsequent filing, however, and undersigned counsel sincerely regrets any confusion that may have caused the Court.

2.  EPA's subsequent petition for rehearing was granted on November 22, 2023, and the judgment issued on November 30, 2023.  The deadline for filing a petition for a writ of certiori (if any) therefore is February 28, 2024.

3.  In the meantime, EPA has been ordered to respond to Port Hamilton's motion for a fee award by December 29, 2023.  The parties currently are engaged in good faith negotiations to resolve Port Hamilton's claim without further litigation, which they anticipate that they will be able to conclude shortly after the winter holidays. Port Hamilton and EPA and U.S. Department of Justice officials who are authorized

to compromise such claims on behalf of the government will need to approve the settlement. Due to the winter holidays, government officials who must approve the terms of a settlement are not available until early January 29, 2024. The parties also will require a reasonable amount of time thereafter to negotiate a written settlement agreement and obtain the required approvals for that agreement.

4. Counsel for EPA and Port Hamilton anticipate that will be able to complete these steps by January 29, 2024. Extending the deadline for responding to Port Hamilton's motion for a fee recovery until that time should enable EPA to devote its time and resources to negotiating a resolution of Port Hamilton's fee claim without further litigation and obtaining approvals from agency officials with the necessary authority.

5. The parties have conferred regarding this motion, and Port Hamilton does not oppose the relief requested.

WHEREFORE, EPA respectfully requests that the Court extend the current deadline for responding to Port Hamilton's motion for a fee recovery until Monday, January 29, 2024.

Respectfully submitted,

Dated: December 22, 2023
/*s*/ *Heather E. Gange*
HEATHER E. GANGE
Environmental Defense Section
Environment & Natural Resources
 Division
U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 514-4206

*Counsel for Respondent EPA*

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 22nd day of December 2023, I electronically filed a true and correct copy of the foregoing through the CM/ECF system which caused counsel for all Parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

                        */s/ Heather E. Gange*
                        Heather E. Gange