UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,
Petitioner

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY

Present:  SMITH, Circuit Judge

1. Unopposed Motion filed by Respondent for Extension of Time to file to respond to Petitioner's Motion for an Award of Attorney Fees until Monday, January 29, 2024;

                                                              Respectfully,
                                                              Clerk/amr

_____ORDER_____
The foregoing Unopposed Motion is GRANTED.

                                                              By the Court,

                                                              s/D. Brooks Smith
                                                              Circuit Judge

Dated: January 4, 2024
Amr/cc: All counsel of record