Case No. 23-1094

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO PETITIONER'S MOTION FOR AN AWARD OF ATTORNEY FEES

Respondent the United States Environmental Protection Agency ("EPA"), with the agreement of Petitioner Port Hamilton Refining and Transportation, LLP ("Port Hamilton"), hereby moves the Court to extend the deadline to respond to Port Hamiton's motion for an award of attorneys' fees until February 12, 2024. In support of this motion, EPA states as follows:

1.   Port Hamilton filed a motion seeking an award of attorney fees on August 24, 2023, one week after EPA filed its unopposed motion to extend the deadline for filing a petition for rehearing. EPA's subsequent petition for rehearing was granted on November 22, 2023, and the judgment issued on November 30, 2023. The deadline for filing a petition for a writ of certiori (if any) therefore is February 28, 2024.

2.   In the meantime, EPA was ordered to respond to Port Hamilton's motion for a fee award by December 29, 2023. The parties were engaged in good faith negotiations to resolve Port Hamilton's claim without further litigation. The parties anticipated that they would be able to conclude those negotiations shortly after the winter holidays, followed by negotiation of a written settlement agreement that EPA and U.S. Department of Justice officials who are authorized to compromise such claims on behalf of the government would need to approve. The deadline for responding to Port Hamilton's motion was extended until January 29, 2024, to facilitate that process. Docket No. 96, Order dated January 4, 2024.

3. The parties currently are negotiating the terms of a written settlement agreement, which government officials with settlement authority thereafter will need to approve. Counsel for EPA and Port Hamilton anticipate that they will be able to complete these steps by February 12, 2024.

4. Extending the deadline for responding to Port Hamilton's motion for a fee recovery until that time should enable EPA to devote its time and resources to completing the negotiation of a written settlement agreement and obtaining approvals from agency officials with the necessary authority.

5. The parties have conferred regarding this motion, and Port Hamilton does not oppose the relief requested.

WHEREFORE, EPA respectfully requests that the Court extend the current deadline for responding to Port Hamilton's motion for a fee recovery until Monday, February 12, 2024.

Respectfully submitted,

Dated: January 26, 2026

/s/ *Heather E. Gange*
HEATHER E. GANGE
Environmental Defense Section
Environment & Natural Resources
 Division
U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 514-4206

*Counsel for Respondent EPA*

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 26th day of January 2024, I electronically filed a true and correct copy of the foregoing through the CM/ECF system which caused counsel for all Parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

*/s/ Heather E. Gange*
Heather E. Gange