UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>23-1094</u>

Port Hamilton Refining and Transportation LLLP

v.

U.S. Environmental Protection Agency

Present:  SMITH, <u>Circuit Judge</u>

1. UNOPPOSED Motion filed by Respondent EPA for Extension of Time to file respond to motion for award of attorney fees until/for February 12, 2024;

                            Respectfully,
                            Clerk/amr

_____ORDER_____
The foregoing UNOPPOSED Motion filed by Respondent EPA for Extension of Time to file respond to motion for award of attorney fees until/for February 12, 2024, is GRANTED.

                            By the Court,

                            <u>s/D. Brooks Smith</u>
                            Circuit Judge

Dated:  January 29, 2024
Amr/cc: All counsel of record