Case No. 23-1094

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

AGREED MOTION TO EXTEND DEADLINE TO RESPOND TO
PETITIONER'S MOTION FOR AN AWARD OF ATTORNEY FEES

Respondent the United States Environmental Protection Agency ("EPA"), with the agreement of Petitioner Port Hamilton Refining and Transportation, LLP ("Port Hamilton"), hereby moves the Court to extend the deadline to respond to Port Hamiton's motion for an award of attorneys' fees until March 13, 2024. In support of this motion, EPA states as follows:

1. Port Hamilton filed a motion seeking an award of attorney fees on August 24, 2023, one week after EPA filed its unopposed motion to extend the deadline for filing a petition for rehearing. EPA's subsequent petition for rehearing was granted on November 22, 2023, and the judgment issued on November 30, 2023. The deadline for filing a petition for a writ of certiori (if any) therefore is February 28, 2024.

2. In the meantime, EPA was ordered to respond to Port Hamilton's motion for a fee award by December 29, 2023. At that time, the parties were engaged in good faith negotiations to resolve Port Hamilton's claim without further litigation. The deadline for responding to Port Hamilton's motion was extended until January 29 and then February 12, 2024, to facilitate that process. Docket No. 96, Order dated January 4, 2024; Docket No. 98, Order dated January 29, 2024.

3. As envisioned in the agreed motion to extend the response deadline through February 12, 2024, the parties have entered into a fully-executed settlement agreement that contemplates payment to Port Hamilton by May 11, 2024 (*i.e.,* within 90 days after the agreement was fully executed). The agreement also authorizes Port

Hamilton to pursue its motion if payment is not timely made.

4.      The U.S. Treasury already has been asked to issue the agreed-upon payment to Port Hamiton, and EPA counsel will promptly notify the Court when that payment is made. EPA expects that payment will be made on or before May 11, 2024 as required by the settlement agreement, and there is a possibility that payment may be made by March 12, 2024 (*i.e.*, within 30 days after the agreement was fully executed). Because payment must be made by the U.S. Treasury, a separate executive agency, EPA and the U.S. Department of Justice have no control over the actual payment date.

5.      The parties have conferred regarding this motion. EPA believes that a stay of all proceedings pending payment under the settlement agreement is most appropriate under the circumstances, however Port Hamilton agrees only to a 30-day extension of EPA's response deadline until March 12, 2024.

6.      An extension of the deadline for responding to Port Hamilton's motion for a fee recovery until March 12, 2024, will prevent EPA and the Court from expending time and resources during the next 30 days on a motion regarding an already-resolved claim.

        WHEREFORE, EPA respectfully requests that the Court extend the current deadline for responding to Port Hamilton's motion for a fee recovery until March 12, 2024.

                                            Respectfully submitted,

Dated: February 12, 2026            */s/ Heather E. Gange*
                                            HEATHER E. GANGE
                                            Environmental Defense Section
                                            Environment & Natural Resources
                                              Division
                                            U.S. Dept. of Justice
                                            P.O. Box 7611
                                            Washington, DC 20044-7611
                                            Phone: (202) 514-4206

                                            *Counsel for Respondent EPA*

## **CERTIFICATE OF SERVICE**

I, Heather E. Gange, certify that on this 12th day of February 2024, I electronically filed a true and correct copy of the foregoing through the CM/ECF system which caused counsel for all Parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

> */s/ Heather E. Gange*
> Heather E. Gange