UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 23-1094

Port Hamilton Refining and Transportation LLLP,
                                            Petitioner

v.

U.S. Environmental Protection Agency

Present: SMITH, Circuit Judge

1. UNOPPOSED Motion filed by Respondent EPA for Extension of Time to file response to motion for fee award until March 12, 2024

                                            Respectfully,
                                            Clerk/amr

_____ORDER_____

The foregoing UNOPPOSED Motion filed by Respondent EPA for Extension of Time to file response to motion for fee award until March 12, 2024 is GRANTED.

                                            By the Court,

                                            s/D. Brooks Smith
                                            Circuit Judge

Dated: February 16, 2024
Amr/cc: All counsel of record