Case No. 23-1094

IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

PORT HAMILTON REFINING AND TRANSPORTATION, LLLP,

Petitioner,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY,

Respondent.

NOTICE OF RESOLUTION OF CLAIM FOR LITIGATION COSTS, INCLUDING ATTORNEY FEES

Respondent United States Environmental Protection Agency ("EPA") hereby notifies the Court that payment issued to Petitioner Port Hamilton Refining and Transportation, LLLP ("Port Hamilton") on February 26, 2024, under the Parties' settlement agreement resolving Port Hamilton's claim for an award of costs of

litigation, including attorneys' fees. Counsel for Port Hamilton confirmed that the payment had been received as of February 27, 2024.

                                          Respectfully submitted,

Dated: March 1, 2024                      */s/ Heather E. Gange*
                                          HEATHER E. GANGE
                                          Environmental Defense Section
                                          Environment & Natural Resources
                                           Division
                                          U.S. Dept. of Justice
                                          P.O. Box 7611
                                          Washington, DC 20044-7611
                                          Phone: (202) 514-4206

                                          *Counsel for Respondent EPA*

## CERTIFICATE OF SERVICE

I, Heather E. Gange, certify that on this 1st day of March 2024, I electronically filed a true and correct copy of the foregoing through the CM/ECF system which caused counsel for all Parties to be served by electronic means, as more fully reflected in the Notice of Electronic Filing:

                */s/ Heather E. Gange*
                Heather E. Gange